

**Entered on Docket
April 04, 2011**

_____
Hon. Linda B. Riegle
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Christopher K. Lezak, Esq., SBN 11185
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation
Mortgage Pass Through Certificates Series 2005-AR5, its assignees and/or successors and the
servicing agent AMERICAS SERVICING COMPANY

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 11-12166-lbr |
| | ) |
| Jason T Matchko, | ) Chapter 7 |
| | ) |
|         Debtor. | ) DATE: 03/30/11 |
| | ) TIME: 10:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |

       The Motion for Relief From Automatic Stay came on regularly for hearing at the date and
time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and
supporting evidence, and good cause appearing, the Court rules as follows:

_Rev. 12.09_                                                      M&H File No. NV-11-44913
                                                                 11-12166-lbr

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 7244 Camden Pine Avenue, Las Vegas, NV 89129.

Secured Creditor will provide not less than 7 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher K. Lezak*
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Order Filed 02/25/11-no response received*
Anthony DeLuca, Esq.
7580 West Sahara Avenue
Las Vegas, NV 89117
(702) 873-5386

Approved/Disapproved

*Order Filed 02/25/11-no response received*
David A. Rosenberg
5030 Paradise Road #B-215
Las Vegas, NV 89119

ALTERNATIVE METHOD re;  RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: No Appearance at Hearing; No additional Service required.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###